IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DWAYNE ALMOND,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                     12-cv-100-bbc

WILLIAM POLLARD, Warden,
DR. MOLLI ROLLI, M.D., DR. CALLISTER,
DR. NETSON, STATE OF WISCONSIN,
DEPARTMENT OF CORRECTIONS,
MATHEW FRANK, Secretary, and
WAUPUN CORRECTIONAL
INSTITUTION EMPLOYEES,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed <u>in forma pauperis</u> and dismissing this case for failure to state a claim upon which relief may be granted.

By: *[signature]* Deputy Clerk                  8-21-12
Peter Oppeneer, Clerk of Court                  Date