## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DWAYNE ALMOND,

      Plaintiff,

v.

WILLIAM POLLARD, Warden,
DR. MOLLI ROLLI, M.D., DR. CALLISTER,
DR. NETSON, STATE OF WISCONSIN,
DEPARTMENT OF CORRECTIONS,
MATHEW FRANK, Secretary, and
WAUPUN CORRECTIONAL
INSTITUTION EMPLOYEES,

      Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-100-bbc

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed in forma pauperis and dismissing this case for failure to state a claim upon which relief may be granted.


By: *[signature]* Peter Oppeneer, Clerk of Court       8-21-12

          Peter Oppeneer, Clerk of Court               Date